IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Regina Williams, | : | |
| Plaintiff | : | Civil Action 2:09-cv-00947 |
| v. | : | Judge Frost |
| The Americorps, Washington, D.C. 20525, | : | Magistrate Judge Abel |
| | : | |
| Defendant | : |
| | : | |

**ORDER**

Plaintiff Regina Williams brought this action alleging that from July 2000 to July 2001 she suffered various legal injuries while she was employed by Americorps and assigned to the Ohio Literacy Network and to the Columbus Literacy Initiative. This matter is before the Court on Magistrate Judge Abel's November 10, 2009 Report and Recommendation on Initial Screening that this case be dismissed because the complaint fails to state a claim and fails to allege a basis for the Court to assert subject matter jurisdiction. No objections were filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. The Clerk of Court is DIRECTED to enter JUDGMENT dismissing the complaint because it fails to state a claim and fails to allege a basis for the Court to assert subject matter jurisdiction.

    /s/ Gregory L. Frost
Gregory L. Frost

United States District Judge